IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KENNY TOUVELL,

                          Plaintiff,

vs.

CIRCLE K STORES INC., *et al.*,

                       Defendants.

CASE NO.  2:22-cv-3333

**DEFENDANT DART CONTAINER
CORPORATION'S NOTICE OF
REMOVAL**

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

1.    Defendant Dart Container Corporation ("Dart") is a Defendant in a civil action brought

against it in the Court of Common Pleas for Muskingum County, Ohio, styled *Kenny Touvell v.*

*Circle K Stores Inc., et al.*, Case No. CC2022-0223. Copies of all process and pleadings in that

action are attached hereto as Exhibit A, pursuant to 28 U.S.C. §1446(A).

2.    Said action was commenced by attempted service of the Complaint on Dart on August

11, 2022.

3.    Plaintiff is a resident of the State of Ohio.

4.    Dart is a foreign corporation organized, registered and existing under the laws of the

State of Nevada and has its principal place of business in the State of Michigan.

5.    Co-Defendant Mac's Convenience Stores, LLC, improperly identified in the Complaint

as "Circle K Stores Inc." is a foreign limited liability company with its principal place of

business in the State of Indiana and organized and existing under the State of Delaware. Both at

the time of the commencement of the State Court Action and at the present time, the Defendant,

Mac's Convenience Stores LLC, was a single-member limited liability company with its sole

member being Couche-Tard U.S. Inc. Couche-Tard U.S. Inc. is a Delaware corporation with its principal place of business in Tempe, Arizona. Accordingly, Defendant is a citizen of Delaware and Arizona only. Cosgrave v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998) (holding that the citizenship of a limited liability company is the citizenship of each of its members). The only relevant inquiry for the purpose of determining citizenship of a limited liability company is the citizenship of each of its members, as explained by Cosgrave:

> The principal defendant is Joseph Bartolotta, but his company—
> Mary-Bart, LLC—is also named as a defendant; and in a diversity
> case, whenever there is an unconventional party (that is, someone
> or something other than either a natural person suing in his own
> rather than a representative capacity, or a business corporation) a
> jurisdictional warning flag should go up. … Mary–Bart is neither a
> partnership nor a corporation, but a "limited liability company."
> [W]e conclude that the citizenship of an LLC for purposes of the
> diversity jurisdiction is the citizenship of its members.

Cosgrave, 150 F.3d at 731 (internal citations omitted).  Co-Defendant Mac's Convenience Stores, LLC consents to the removal of this action.

6.     The within lawsuit is a controversy between citizens of different states, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. §1332.

7.     Plaintiff demands judgment against Defendants in an amount in excess of $25,000.00, along with attorney fees and court costs. According to the Complaint, Plaintiff alleges he suffered "…serious injuries, including but not necessarily limited to second and third degree burns. Plaintiff further alleges he has incurred medical expenses as a result of this incident and may incur further medical expenses in the future. Finally, Dart requested Plaintiff that he stipulate that his damages do not exceed $75,000.00. However, to date Plaintiff has not agreed to any such stipulation. As such, it is Dart's good faith belief that the amount in controversy exceeds the jurisdictional amount of $75,000.00, exclusive of interest and costs, if all of

Defendants' defenses fail and if Plaintiff proves all of his claimed damages as alleged in the Complaint.

8.      This is a civil action brought in a state court in which the United States District Court has original jurisdiction because of diversity of citizenship, and no Defendant is a citizen of the State of Ohio, in which this action was brought.

9.      Written notice of removal of this action has been given simultaneously herewith to Plaintiffs' counsel and the Clerk of Courts for Muskingum County, Ohio.

        WHEREFORE, Defendant Dart Container Corporation hereby removes this action from the Court of Common Pleas for Muskingum County, Ohio, to this Court, pursuant to 28 U.S.C. §1441.

                                        Respectfully submitted,


                                        */s/ Nicholas P. Resetar*
                                        Nicholas P. Resetar (0086507)
                                        nresetar@ralaw.com
                                        Roetzel & Andress, LPA
                                        625 Eden Park Drive, Suite 450
                                        Cincinnati, Ohio 45202
                                        Telephone:  513.361.0200
                                        Facsimile:  513.361.0335
                                        **ATTORNEYS FOR DEFENDANT**
                                        **DART CONTAINER CORPORATION**

## PROOF OF SERVICE

A copy of the foregoing was served on this 2nd day of September, 2022 electronically by way of the Clerk's electronic filing system .


*/s/ Nicholas P. Resetar*
Nicholas P. Resetar



FILED
COMMON PLEAS COURT
MUSKINGUM CO. OHIO

2022 AUG -3 AM 9: 51

WENDY L. SOWERS
CLERK

## IN THE COMMON PLEAS COURT, MUSKINGUM COUNTY, OHIO
### GENERAL DIVISION

KENNY TOUVELL )
10 OLD RIX MILLS RD. ) CASE NUMBER CC2022-0223
APT. B2 )
NEW CONCORD, OH 43762 ) JUDGE
               PLAINTIFF )
) JUDGE FLEEGLE
V )
)
CIRCLE K STORES INC. )
STATUTORY AGENT )
    CORPORATION SERVICE COMPANY )
3366 RIVERSIDE DRIVE )
SUITE 103 )
UPPER ARLINGTON, OH 43221 )
)
AND )  COMPLAINT
)    (WITH JURY DEMAND
DART CONTAINER CORPORATION )       ENDORSED)
2148 DEPOT STREET )
HOLT, MICHIGAN 48842 )
         DEFENDANTS )



**GOTTLIEB, JOHNSTON, BEAM & DAL PONTE, PLL**

Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

### FIRST CAUSE OF ACTION

1. On August 4, 2020, Plaintiff was a customer at Defendant Circle K Stores, Inc., hereinafter referred to as Defendant Circle K, store located at 60 W. Main St., New Concord, Ohio, located within the territorial jurisdiction of this Court.

2. On that date, Plaintiff purchased coffee which was contained within a coffee cup provided by Defendant Circle K to him for his use in drinking the coffee.

3. The bottom fell out of the cup as a result of which Plaintiff suffered serious injuries, including but not necessarily limited to second and third degree burns.



EXHIBIT
A

4. Defendant Circle K was negligent in that they failed to ensure that a defective cup would not be included in the inventory so that customers would be exposed to the risk of using a defective cup and suffering serious injury, including burns.

5. Defendant Circle K was also negligent in failing to include adequate warning as to the temperature of the coffee which was unreasonably hot under the circumstances.

6. As a direct and proximate result of the negligence of Defendant Circle K Plaintiff has suffered serious injuries, including, but not necessarily limited to, second and third degree burns.

7. Plaintiff's injuries may be permanent in nature, have been painful, and disabling.

8. As a direct and proximate result of the negligence of Defendant Circle K, Plaintiff has been caused to incur expense to the care and treatment of his injuries and may incur further expense in the future.

<u>SECOND CAUSE OF ACTION</u>

9. Plaintiff incorporates the allegations set forth in the first cause of action as though fully rewritten herein.

10. Upon information and belief, Defendant Dart Container Corporation, hereinafter referred to as Defendant Dart was the manufacturer of the cup provided to the Plaintiff by Defendant Circle K as set forth in the first cause of action.

11. The subject coffee cup was defective because of the negligent manufacture of said cup by Defendant Dart.

12. Defendant Dart is responsible for the injuries suffered by the Plaintiff because of their negligent manufacture of the coffee cup provided to Plaintiff for his use on August 4, 2020.

13. The coffee cup manufactured by Defendant Dart, provided to Plaintiff was unreasonably dangerous for its intended use in that it was defective as a

GOTTLIEB, JOHNSTON,
BEAM & DAL PONTE, PLL

Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

result of which the bottom fell out of causing the coffee to spill on the Plaintiff and causing Plaintiff to suffer serious injuries, including but not necessarily limited to second and third-degree burns.

14. As a direct and proximate result of the negligent manufacture of the subject coffee cup by Defendant Dart and said Defendant providing that coffee cup to Defendant Circle K for use by customers when it was unreasonably dangerous for such use, Plaintiff suffered the serious injuries stated above.

15. As a further direct and proximate result of the negligent manufacture of the coffee cup and Defendant Dart providing said coffee cup for use by customers when it was unreasonably dangerous, Plaintiff has been caused to incur expense for the care and treatment of his injuries and may incur further expense in the future.

Wherefore, Plaintiff demands judgment against the Defendants, jointly and severally, in a sum in excess of $25,000 sufficient to compensate him for his injuries and damages, for attorney fees, court costs, and for such further legal and equitable relief to which the Plaintiff shall be entitled.

Miles D. Fries        (0016415)
Attorney for Plaintiff
GOTTLIEB, JOHNSTON, BEAM
& DAL PONTE, P.L.L.
320 Main Street, P.O. Box 190
Zanesville, Ohio 43702-0190
Telephone:    (740) 452-7555
Facsimile:    (740) 480-1664
Email: fries.miles@zanesvillelaw.com

GOTTLIEB, JOHNSTON,
BEAM & DAL PONTE, PLL

Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

<u>REQUEST FOR SERVICE</u>

<u>TO THE CLERK:</u> Please issue a Summons, a copy of the Complaint and all ancillary documents upon Defendant Circle K Stores, Inc. by personal service by process server Chris Wise and make the same returnable according to law. Please issue a Summons, a copy of the Complaint and all ancillary documents upon Defendant Dart Container Corporation, by certified mail and make the same returnable according to law.

Miles D. Fries        (0016415)
Attorney for Plaintiff

GOTTLIEB, JOHNSTON,
BEAM & DAL PONTE, PLL

Attorneys At Law
Legal Arts Building
320 Main Street
P.O. Box 190
Zanesville, Ohio
43702-0190
(740) 452-7555
FAX (740) 480-1664
www.ZanesvilleLaw.com

**Court of Common Pleas, Muskingum County, Zanesville, Ohio**

# *S U M M O N S*

Rule 4 1970 Ohio Rules of Civil Procedure

Case Number **CC2022-0223**

**KENNY TOUVELL**
**10 OLD RIX MILLS ROAD, APT B2**
**NEW CONCORD, OH 43762**
    Plaintiff(s)

vs.                                **Summons on Complaint**

**CIRCLE K STORES INC**
**Corporation Service Company, Stat Agt**
**3366 RIVERSIDE DIRVE, STE 103**
**COLUMBUS, OH 43221**
    Defendant(s)

To the above named defendant(s):

    You are hereby summoned that a complaint (a copy of which is attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

    You are required to serve upon the plaintiff(s) attorney, or upon the plaintiff(s) if (s)he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on plaintiff(s) attorney.

    The name and address of the plaintiff(s) attorney is as follows:

MILES D FRIES
Gottlieb Johnston, Beam & Dal Ponte, PLL
PO BOX 190 / 320 MAIN ST
ZANESVILLE, OH 43702

    If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Wendy L. Sowers
Clerk of Courts

Christie Boyd, Deputy Clerk

Date    August 3, 2022

epsummons

### Return of Service of Summons

#### *Personal*

I received this summons on _____, 20____ and made personal service of it

upon _____ by locating _____ and tendering a copy

of summons and accompanying documents on _____, 20____.

#### *Residence*

I received this summons on _____, 20____ and made personal service of it

upon _____ by leaving, at usual place of residence

with _____ a person of suitable age and discretion

then residing therein, a copy of the summons, a copy of the complaint and accompanying

documents, on _____, 20____.

#### *Failure of Service*

I received this summons on _____, 20____ with instructions to make

personal-residence service upon the defendant(s) _____

_____ and I was unable to serve a copy of the

summons upon _____ for the following reasons: _____

_____

_____.

**Corrected Service Address (if served at different address):_____

_____.

Service By:_____

Sheriff Deputy/Process Server/Deputy Clerk (circle one)

#### *Fees*

Service $_____ Mileage $_____ Total $_____ Date _____/_____/20_____.

cpsummons

**Court of Common Pleas, Muskingum County, Zanesville, Ohio**

# S U M M O N S

Rule 4 1970 Ohio Rules of Civil Procedure

Case Number  **CC2022-0223**

**KENNY TOUVELL**
**10 OLD RIX MILLS ROAD, APT B2**
**NEW CONCORD, OH 43762**
Plaintiff(s)

vs.                                   **Summons on Complaint**

**DART CONTAINER CORPORATION**
**2148 DEPOT STREET**
**HOLT, MI 48842**
Defendant(s)

To the above named defendant(s):

        You are hereby summoned that a complaint (a copy of which is attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

        You are required to serve upon the plaintiff(s) attorney, or upon the plaintiff(s) if (s)he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service.  Said answer must be filed with this court within three days after service on plaintiff(s) attorney.

        The name and address of the plaintiff(s) attorney is as follows:

MILES D FRIES
Gottlieb Johnston, Beam & Dal Ponte, PLL
PO BOX 190 / 320 MAIN ST
ZANESVILLE, OH 43702

        If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Wendy L. Sowers
Clerk of Courts

Date    August 3, 2022

Christie Boyd, Deputy Clerk

cpsummons

### Return of Service of Summons

#### *Personal*

I received this summons on _____, 20____ and made personal service of it

upon _____ by locating _____ and tendering a copy

of summons and accompanying documents on _____, 20____.

#### *Residence*

I received this summons on _____, 20____ and made personal service of it

upon _____ by leaving, at usual place of residence

with _____ a person of suitable age and discretion

then residing therein, a copy of the summons, a copy of the complaint and accompanying

documents, on _____, 20____.

#### *Failure of Service*

I received this summons on _____, 20____ with instructions to make

personal-residence service upon the defendant(s) _____

_____ and I was unable to serve a copy of the

summons upon _____ for the following reasons: _____

_____

_____.

**Corrected Service Address (if served at different address):_____

_____.

Service By:_____
            Sheriff Deputy/Process Server/Deputy Clerk (circle one)

#### *Fees*

Service $_____ Mileage $_____ Total $_____ Date _____/_____/20____.

cpsummons

WALZ
CERTIFIED
MAILER®

FROM **WALZ**

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

**USPS® ARTICLE NUMBER**

9414 7266 9904 2200 6163 45

Label #1

CC2022-0223
9414 7266 9904 2200 6231 3
DART CONTAINER CORPORATION
2148 DEPOT STREET
HOLT, MI 48842

| | | |
|---|---|---|
| Certified Mail Fee | $ | |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | $ | |

Sent to:
DART CONTAINER CORPORATION
2148 DEPOT STREET
HOLT, MI 48842

Label #2

CC2022-0223
9414 7266 9904 2200 6231 3
DART CONTAINER CORPORATION
2148 DEPOT STREET
HOLT, MI 48842

Label #3

CC2022-0223
9414 7266 9904 2200 6231 3
DART CONTAINER CORPORATION
2148 DEPOT STREET
HOLT, MI 48842

**Reference Information**

Common Pleas

CC2022-0223
9414 7266 9904 2200 6231 3

TEAR ALONG THIS LINE

PS Form 3800, Facsimile, July 2015

FOLD AND TEAR THIS WAY ⟶ OPTIONAL

Label #5 (OPTIONAL)

CC2022-0223
9414 7266 9904 2200 6231 3
DART CONTAINER CORPORATION
2148 DEPOT STREET
HOLT, MI 48842

Certified Article Number
SENDER'S RECORD
9414 7266 9904 2200 6163 45

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2200 6163 48

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2200 6163 45

FOLD AND TEAR THIS WAY ⟶

FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2200 6163 48

1. Article Addressed to:

DART CONTAINER CORPORATION
2148 DEPOT STREET
HOLT, MI 48842

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2200 6163 45

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

**Reference Information**

CC2022-0223
9414 7266 9904 2200 6231 3

Thank you for using Return Receipt Service

# WALZ

A COVIUS SOLUTION

**WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.**

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment.

Walz Certified Mailer™ form #45663
Version E0921

For use with WCM Plus™ software

Reorder forms online at:

**www.walzpostal.com**

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a *better, faster* and *easier* way!

**Other WALZ Solutions:**

CertifiedPro.net – secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms – available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes – 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications – full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**      **BACK**



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9266 9904 2200 6163 46

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**CLERK OF COURT OF COMMON PLEAS**
**MUSKINGUM COUNTY**
**401 MAIN STREET**
**ZANESVILLE OH 43701-3504**

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF

**Court of Common Pleas, Muskingum County, Zanesville, Ohio**

# *S U M M O N S*

Rule 4 1970 Ohio Rules of Civil Procedure

Case Number  **CC2022-0223**

**KENNY TOUVELL**
**10 OLD RIX MILLS ROAD, APT B2**
**NEW CONCORD, OH 43762**
Plaintiff(s)

vs.                          **Summons on Complaint**

**CIRCLE K STORES INC**
**Corporation Service Company, Stat Agt**
**3366 RIVERSIDE DIRVE, STE 103**
**COLUMBUS, OH 43221**
Defendant(s)

To the above named defendant(s):

You are hereby summoned that a complaint (a copy of which is attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

You are required to serve upon the plaintiff(s) attorney, or upon the plaintiff(s) if (s)he has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on plaintiff(s) attorney.

The name and address of the plaintiff(s) attorney is as follows:

MILES D FRIES
Gottlieb Johnston, Beam & Dal Ponte, PLL
PO BOX 190 / 320 MAIN ST
ZANESVILLE, OH 43702

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Wendy L. Sowers
Clerk of Courts

Date    August 3, 2022

Christie Boyd, Deputy Clerk

cpsummons

## Return of Service of Summons

### Personal

FILED
COMMON PLEAS COURT
CO. OHIO
2022 AUG -8 PM 2: 50
WENDY L. SOWERS
CLERK

I received this summons on _August 3_, 20_22_ and made personal service of it
upon _Amy Kuhlman, Circle K Stores Inc._ by locating _them_ and tendering a copy
of summons and accompanying documents on _August 4_, 20_22_.

### Residence

I received this summons on _____, 20___ and made personal service of it

upon _____ by leaving, at usual place of residence

with _____ a person of suitable age and discretion

then residing therein, a copy of the summons, a copy of the complaint and accompanying

documents, on _____, 20____.

### Failure of Service

I received this summons on _____, 20___ with instructions to make

personal-residence service upon the defendant(s) _____

_____ and I was unable to serve a copy of the

summons upon _____ for the following reasons: _____

_____

_____.

~~**Corrected~~ Service Address ~~(if served at different address)~~: _3366 Riverside Drive,
Suite 103, Upper Arlington, Ohio 43221_.

Service By: _Christopher J. Wise._
Sheriff Deputy/Process Server/Deputy Clerk (circle one)

### Fees

Service $_____ Mileage $_____ Total $_____ Date ____/____/20____.

cpsummons

Return Receipt (Form 3811) Barcode

9590 9266 9904 2200 6163 48

Article Addressed to:

ART CONTAINER CORPORATION
148 DEPOT STREET
OLT, MI  48842

Certified Mail (Form 3800) Article Number

9414 7266 9904 2200 6163 45

**A. Signature**
X ☐ Agent
☐ Addressee

**B. Received by (Printed Name)**          **C. Date of Delivery**

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:       ☐ No

COMMON PLEAS COURT
MUSKINGUM CO. OHIO

2022 AUG 11  AM 10: 28

CLERK

**3. Service Type:**
☒ Certified Mail

Reference Information

CC2022-0223
9414 7266 9904 2200 6231 3

USPS TRACKING #

GRAND RAPIDS MI 493

9590 9266 9904 2200 6163 46

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**CLERK OF COURT OF COMMON PLEAS
MUSKINGUM COUNTY
401 MAIN STREET
ZANESVILLE OH 43701-3504**